District Judge James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. C19-463 JLR<br><br>JOINT STATUS REPORT & ~~PROPOSED~~ ORDER |

Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION ("NOAA") and NATIONAL MARINE FISHERIES SERVICES ("NMFS") seeking disclosure of certain documents. On May 28, 2019, the Court, entered a stipulated order requiring the parties to (1) continue working toward resolution of this matter without further judicial intervention and (2) submit a joint status report (JSR) within 60 days. Dkt. No. 8.

The parties submit this JSR to notify the Court that it has become apparent that a resolution is

not feasible as to a number of issues, including those relating to the FOIA exemptions relied upon by the defendants and the adequacy of the defendants' search for potentially responsive documents. Accordingly, the parties will submit a joint briefing schedule to the Court by August 1, 2019.

**SO STIPULATED.**

Dated this 26th day of July 2019.

*s/    Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

*s/    Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA  98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

Attorneys for Plaintiff

**SO STIPULATED.**

Dated this 26th day of July 2019.

BRIAN T. MORAN
United States Attorney

*s/    Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

Attorney for Defendants

<b>[PROPOSED] ORDER</b>

**IT IS SO ORDERED.**

Dated this 31ST day of July 2019.

JAMES L. ROBART
United States District Judge

JOINT STATUS REPORT AND PROPOSED ORDER - 3 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.