District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>                 Plaintiff,<br><br>    v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,<br><br>                 Defendants. | Case No. C19-463 JLR<br><br>[~~PROPOSED~~] JOINT BRIEFING SCHEDULE |

Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION ("NOAA") and NATIONAL MARINE FISHERIES SERVICES ("NMFS"), seeking disclosure of certain documents.

//
//
//
//
//

[~~PROPOSED~~] BRIEFING SCHEDULE
C19-463 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Pursuant to the Court's July 31, 2019 Order, Dkt. 11, the parties submit the following proposed briefing schedule for dispositive motions:

| Party/Brief | Deadline |
|---|---|
| Defendants file any dispositive motion | September 6, 2019 |
| Plaintiff files any opposition to Defendants' dispositive motion and cross-motion | September 27, 2019 |
| Defendants file any reply in support of their dispositive motion and any opposition to Plaintiff's cross-motion | October 11, 2019 |
| Plaintiff files any reply in support of its cross-motion | October 21, 2019 |

Dated this 1st day of August 2019.

*s/      Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

*s/      Catherine E. Pruett*
CATHERINE E. PRUETT, WA BAR # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

*Attorneys for Plaintiff*

*s/      Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

[PROPOSED] BRIEFING SCHEDULE
C19-463 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

Having reviewed the parties' Proposed Joint Briefing Schedule, Dkt. No. 12, indicating that the Freedom of Information Act governs this matter, the Court sets the following dates and deadlines:

| Party/Brief | Deadline |
| --- | --- |
| Defendants file any dispositive motion | September 6, 2019 |
| Plaintiff files any opposition to Defendants' dispositive motion and cross-motion | September 27, 2019 |
| Defendants file any reply in support of their dispositive motion and any opposition to Plaintiff's cross-motion | October 11, 2019 |
| Plaintiff files any reply in support of its cross-motion | October 21, 2019 |

Dated this 5th day of August 2019.

**JAMES L. ROBART**
United States District Judge

[~~PROPOSED~~] BRIEFING SCHEDULE
C19-463 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970