UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>                     Plaintiff,<br>     v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.,<br><br>                     Defendants. | CASE NO. C19-0463JLR<br><br>ORDER GRANTING STIPULATED MOTION |

Before the court is the parties' stipulated motion to stay the dispositive motion briefing schedule set by the court on August 6, 2019. (Stip. Mot. (Dkt. # 18); *see also* 8/6/19 Order (Dkt. # 13).)

Pursuant to the briefing schedule set by the court, Defendants National Oceanic and Atmospheric Administration and National Marine Fisheries Services filed a motion for summary judgment on September 6, 2019 (Dkt. # 14), and Plaintiff Sea Shepherd Legal filed a response and a cross-motion for summary judgment on September 27, 2019

(Dkt. # 17). The parties now inform the court that Defendants are in the process of collecting and producing additional documents in response to Plaintiff's FOIA requests at issue in this case and a related case pending before the court, *Sea Shepherd Legal v. National Oceanic and Atmospheric Administration, et al.*, Case No. C19-1485JLR. (*See* Stip. Mot. at 2-3.) The parties jointly ask the court to stay the dispositive motion briefing schedule due to the possibility that Defendants' anticipated productions obviate the need for additional motions practice. (*See id.*) The parties also propose that they file a joint status report on or before November 8, 2019 in order to keep the court informed of the status of this matter. (*See id.* at 3.)

The court GRANTS the parties' stipulated motion (Dkt. # 18) and VACATES the remainder of its dispositive motions briefing schedule (Dkt. # 13). The court also DIRECTS the Clerk to remove Defendants' motion for summary judgment (Dkt. # 14) and Plaintiffs' response and cross-motion (Dkt. # 17) from its calendar, but without prejudice to the parties re-noting their motions or filing amended motions at a later date. Finally, the court ORDERS the parties to file a joint status report by no later than November 8, 2019.

Dated this 11th day of October, 2019.

JAMES L. ROBART
United States District Judge