District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.,<br><br>Defendants. | Case No. C19-463 JLR<br><br>JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>November 8, 2019 |

Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION ("NOAA") and NATIONAL MARINE FISHERIES SERVICES ("NMFS"), seeking disclosure of certain documents. On October 11, 2019, the Court granted the parties' stipulated motion to stay the dispositive briefing schedule. Dkt. No. 19. Defendants began processing additional documents in response to Plaintiff's FOIA requests at issue in this case, as well as Plaintiff's supplemental FOIA request in a related case pending before the Court. *Sea Shepherd Legal v. NOAA*, et al. 19-cv-1485-JLR.

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Since the Court granted the parties' stipulated motion, Defendants have conducted a search of potentially responsive records between December 21, 2018 and March 18, 2019 ("Gap Documents"). On November 4, 2019, Defendants fully released 191 Gap Documents. Defendants are currently processing approximately 300 Gap Documents and anticipate a release on or about November 19, 2019. This production will constitute the final release of Gap Documents. Defendants will then process documents responsive to Plaintiff's FOIA requests for the period that runs to October 9, 2019.

The parties believe that responding to the supplemental FOIA request, with the inclusion of the gap period, may lead to the resolution of both this case and the related case without the need for additional judicial intervention.

Accordingly, for good cause as described above, the parties respectfully request that the Court allow the parties to file a status report on or before January 7, 2019.

Dated this 8th day of November 2019.

Respectfully submitted,

*s/    Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

*s/    Catherine E. Pruett*
CATHERINE E. PRUETT, WA BAR # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

*Attorneys for Plaintiff*

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | *s/ Michelle R. Lambert* |
| 2 | MICHELLE R. LAMBERT, NY # 4666657 |
| | Assistant United States Attorney |
| 3 | United States Attorney's Office |
| 4 | 1201 Pacific Avenue, Suite 700 |
| | Tacoma, Washington 98402 |
| 5 | Phone: 253-428-3824 |
| | Email: michelle.lambert@usdoj.gov |
| 6 | |
| 7 | *Attorneys for Defendants* |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## [PROPOSED] ORDER

Having reviewed the parties' stipulated motion, the Court finds good cause shown for the parties to continue working towards a resolution of this matter. The parties shall submit a joint status report to the Court on or before January 7, 2020.

Dated this 12 day of November 2019.

JAMES L. ROBART
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970