District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,<br><br>Defendants. | Case No. C19-463 JLR<br><br>JOINT STATUS REPORT AND [~~PROPOSED~~] ORDER<br><br>Noted for Consideration:<br>**February 6, 2020** |

Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION ("NOAA") and NATIONAL MARINE FISHERIES SERVICES ("NMFS"), seeking disclosure of certain documents. On October 11, 2019, the Court granted the parties' stipulated motion to stay the dispositive briefing schedule. Dkt. No. 19. Defendants began processing additional documents in response to Plaintiff's FOIA requests at issue in this case, as well as

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Plaintiff's supplemental FOIA request in a related case pending before the Court. *Sea Shepherd Legal v. NOAA*, et al. 19-cv-1485-JLR.

Since the Court granted the parties' stipulated motion, Defendants have produced all non-exempt responsive records between December 21, 2018 and March 18, 2019 ("Gap Documents"). Defendants are currently processing potentially responsive records to SSL's FOIA request at issue in this case and the FOIA request at issue in *Sea Shepherd Legal v. National Oceanic and Atmospheric Administration*, 19-cv-1485-JLR, for the remaining period prior to October 9, 2019. Defendants intend to provide SSL with another records release by the end of March 2020, and to continue with releases on a rolling basis until complete. Defendants anticipate that all non-exempt responsive records will be produced by the end of May 2020.

SSL has recently brought to Defendants' attention concerns about FOIA exemptions applied to redactions for a portion of the Gap documents. The parties are currently working together to attempt to resolve these concerns without the need for motion practice. The parties believe that this cooperation will, at least, narrow the issues if any need to be presented to the Court. If resolved, the parties believe that responding to the supplemental FOIA request, with the inclusion of the gap documents, may lead to the resolution of both this case and the related case without the need for additional judicial intervention.

Accordingly, for good cause as described above, the parties respectfully request that the Court allow them to file a status report on or before April 3, 2020. If the FOIA

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

exemption issues are not resolved, the parties will submit a briefing schedule to the Court at that time.

Dated this 6th day of February, 2020.

Respectfully submitted,

*s/ Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

*s/ Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

*s/ Darius G. Fullmer*
DARIUS G. FULLMER, WSBA # 55491

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org
Email: darius@seashepherdlegal.org

*Attorneys for Plaintiff*

BRIAN T. MORAN
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

## [PROPOSED] ORDER

Having reviewed the parties' stipulated motion, the Court finds good cause shown for the parties to continue working towards a resolution of this matter. The parties shall submit a joint status report to the Court on or before April 3, 2020.

Dated this 6th day of February, 2020.

**JAMES L. ROBART**
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970