District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>                     Plaintiff,<br><br>       v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,<br><br>                     Defendants. | Case No. C19-463 JLR<br><br>JOINT STATUS REPORT AND ORDER<br><br>Noted for Consideration:<br>June 2, 2020 |

     Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICES (collectively, Defendants), seeking disclosure of certain documents ("First FOIA Lawsuit").  On October 11, 2019, the Court granted the parties' stipulated motion to stay the dispositive briefing schedule.  Dkt. No. 19.  Defendants began processing additional documents in response to SSL's FOIA request at issue in this case as well as SSL's supplemental FOIA request in a related case pending before the Court.  *Sea Shepherd Legal v. NOAA*, et al. 19-cv-1485-JLR ("Second FOIA Lawsuit").

     Since the Court granted the parties' stipulated motion, Defendants have produced all non-exempt responsive records between December 21, 2018 and March 18, 2019.

1  Defendants are currently processing potentially responsive records to SSL's FOIA
2  request at issue in the Second FOIA Lawsuit for the remaining period prior to October 9,
3  2019. Defendants anticipate that all non-exempt responsive records will be produced by
4  the end of July 2020. Defendants have also provided a *Vaughn* index for documents
5  released to date that have been redacted under FOIA Exemptions 5 and 7.
6          SSL has brought to Defendants' attention concerns about the FOIA exemptions
7  applied to redactions for the documents covered by Defendants' recently provided
8  *Vaughn* index. The parties submit this JSR to notify the Court that it has become apparent
9  that a resolution is not feasible as to a number of issues, including those relating to the
10 FOIA exemptions relied upon by Defendants. Accordingly, the parties will submit a joint
11 briefing schedule to the Court by June 4, 2020.
12         Pursuant to FRCP 42(a), the parties also intend to file a stipulated motion
13 requesting consolidation of the First and Second FOIA Lawsuits solely for the purpose of
14 the Court's consideration of the parties' briefing concerning Defendants' document
15 redactions. As will be further detailed in the stipulated motion, both FOIA cases involve
16 common issues of law and fact. Consolidation offers efficiency and convenience and
17 would not delay disposition of either case.
18 Dated this 2nd day of June 2020.

19                                      Respectfully submitted,

20                                      *s/      Brett W. Sommermeyer*
21                                      BRETT W. SOMMERMEYER, WSBA # 30003

22                                       *s/      Catherine E. Pruett*
23                                      CATHERINE E. PRUETT, WSBA # 35140
                                        SEA SHEPHERD LEGAL
24                                      2226 Eastlake Avenue East, No. 108
25                                      Seattle, WA  98102
                                        Phone: (206) 504-1600
26                                      Email: brett@seashepherdlegal.org
                                        Email: catherine@seashepherdlegal.org
27
28                                      *Attorneys for Plaintiff*

| | |
|---|---|
| 1 | BRIAN T. MORAN |
| 2 | United States Attorney |
| 3 |  *s/    Michelle R. Lambert* |
| 4 | MICHELLE R. LAMBERT, NY # 4666657 |
|   | Assistant United States Attorney |
| 5 | United States Attorney's Office |
| 6 | 1201 Pacific Avenue, Suite 700 |
|   | Tacoma, Washington 98402 |
| 7 | Phone:  253-428-3824 |
| 8 | Email:  michelle.lambert@usdoj.gov |
| 9 | *Attorneys for Defendants* |

JOINT STATUS REPORT AND ORDER C19-463 JLR
- 3

## ORDER

**IT IS SO ORDERED**.

Dated this 3rd day of June 2020.

*[signature]*
**JAMES L. ROBART**
United States District Judge