District Judge James L. Robart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

               Plaintiff,

       v.

NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION, *et
al.*,

               Defendants.

Case No. C19-463 JLR

STIPULATED BRIEFING
SCHEDULE AND ORDER

Noted for Consideration: October
20, 2020

19
20
21
22
23
24
25
26
27
28

     Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICES (collectively, "Defendants"), seeking disclosure of certain documents ("First FOIA Lawsuit"). At the parties request, the Court consolidated the First FOIA Lawsuit with a related case, *Sea Shepherd Legal v. NOAA, et al.*, 19-cv-1485-JLR. Dkt. No. 34. The Court ordered that all remaining filings be made in the First FOIA Lawsuit. *Id.*

     On October 13, 2020, the parties filed a Joint Status Report notifying the Court that, based upon its review to date of produced records, SSL had identified a number of

records that it deemed to be improperly redacted.  Dkt. No. 39  The parties further notified the Court that they would provide a proposed briefing schedule by October 20th. *Id.*  On October 14th, the Court ordered the parties to submit a proposed briefing schedule on or before October 20th.  Dkt. No. 40.

The parties have now had the opportunity to confer and have agreed upon a briefing schedule for SSL's motion.  The following proposed schedule is premised upon the Defendants' agreement to provide SSL with a *Vaughn* Index by November 4th for a subset of records selected by SSL in an effort to streamline the briefing process:

| SSL's Motion | November 19, 2020 |
|---|---|
| Defendants' Opposition | December 7, 2020 |
| SSL's Reply | December 11, 2020 |

Accordingly, the parties request that the Court approve their agreed upon briefing schedule

Dated this 20th day of October 2020.

Respectfully submitted,

*s/      Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

*s/     Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA  98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Plaintiff*
BRIAN T. MORAN
United States Attorney

 *s/      Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Having reviewed the parties' stipulation regarding SSL's motion challenging Defendants' record redactions, the Court ORDERS the following briefing schedule:

| SSL's Motion | November 19, 2020 |
|---|---|
| Defendants' Opposition | December 7, 2020 |
| SSL's Reply | December 11, 2020 |

Dated this <u>21</u>st day of October 2020.

**JAMES L. ROBART**
United States District Judge

STIPULATED BRIEFING SCHEDULE AND ORDER C19-463 JLR
- 4