UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>            Plaintiff,<br>   v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, et al.,<br><br>           Defendants. | CASE NO. C19-0463JLR<br><br>ORDER |

On February 2, 2021, the court granted in part and denied in part Plaintiff Sea Shepherd Legal's ("SSL") motion for summary judgment. (2/2/21 Order (Dkt. # 47).) Specifically, the court directed Defendants National Oceanic and Atmospheric Administration and National Marine Fisheries Service (collectively, the "Government") to disclose some documents and review another for potential disclosure. (*Id.* at 38.) Accordingly, the court DIRECTS the parties to file a joint status report within 14 days of the date of this order concerning their progress on the court's rulings in its February 2,

ORDER - 1

1 | 2021, order.  The parties shall also update the court on what, if anything, remains of this
2 | case and if necessary, provide the court with recommendations on how this case should
3 | proceed to resolution.
4 |       Dated this 24th day of March, 2021.

 

*[signature]*

JAMES L. ROBART
United States District Judge