District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

        Plaintiff,

v.

NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,

        Defendants.

Case No. C19-463 JLR

JOINT STATUS REPORT AND [PROPOSED] ORDER

Noted for Consideration:
April 7, 2021

    Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICES, seeking disclosure of certain documents ("First FOIA Lawsuit").  At the parties' request, the Court consolidated the First FOIA Lawsuit with a related case, *Sea Shepherd Legal v. NOAA, et al.*, 19-cv-1485-JLR.  Dkt. No. 34.  The Court ordered that all remaining filings be made in the First FOIA Lawsuit.  *Id.*

    In its Order dated March 24, 2021, the Court instructed the parties to file, within 14 days, a joint status report ("JSR") describing their progress on carrying out the directives set forth in the Court's Order dated February 2, 2021 (the "February 2

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 1

SEA SHEPHERD LEGAL
2226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 504-1600

1  Order").[1] Dkt. No. 48. The Court also instructed the parties to update it "on what, if
2  anything, remains of this case and if necessary, provide the court with recommendations
3  on how this case should proceed to resolution." *Id.*
4      In response to the Court's February 2 Order, Defendants have, as directed,
5  disclosed documents 10521 and 10784 in their entirety. *See* Dkt. No. 48. Additionally,
6  Defendants have represented to SSL's satisfaction that they have, as directed, reviewed
7  document 10288 and disclosed the portions pertaining to the Federal Register notice. *See*
8  *id*. Given those disclosures, the parties agree that the only issue remaining in this case is
9  how attorneys' fees are to be allocated. They are therefore currently negotiating an
10 agreement on that issue. Accordingly, the parties respectfully request that the Court allow
11 them 60 days, through June 7, 2021, to complete their negotiations and submit a proposed
12 order regarding allocation of attorneys' fees.
13      Dated this 7th day of April, 2021.

Respectfully submitted,

*s/      Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

 *s/      Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA  98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

*Attorneys for Plaintiff*
TESSA M. GORMAN
Acting United States Attorney

 *s/      Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney

---

[1] In the interests of efficiency, the parties refer the Court to their August 14, 2020 JSR for a summary of the case background. *See* Dkt. No. 37.

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 2

SEA SHEPHERD LEGAL
2226 EASTLAKE AVE. EAST, NO. 108
SEATTLE, WASHINGTON 98102
(206) 504-1600.

| | |
|---|---|
| 1 | United States Attorney's Office |
| 2 | 1201 Pacific Avenue, Suite 700 |
| 3 | Tacoma, Washington 98402 |
|   | Phone:  253-428-3824 |
| 4 | Email:  michelle.lambert@usdoj.gov |
| 5 | *Attorneys for Defendants* |

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 3

SEA SHEPHERD LEGAL
2226 EASTLAKE AVE. EAST, NO. 108
SEATTLE, WASHINGTON 98102
(206) 504-1600.

# [PROPOSED] ORDER

The parties shall submit a proposed order regarding the allocation of attorneys' fees to the Court on or before June 7, 2021.

Dated this 14th day of April 2021.

*[signature]*

**JAMES L. ROBART**
United States District Judge