District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

          Plaintiff,

v.

NATIONAL OCEANIC AND
ATMOSPHERIC ADMINISTRATION, *et al.*,

          Defendants.

Case No. C19-463 JLR

JOINT STATUS REPORT AND
[PROPOSED] ORDER

Noted for Consideration:
June 7, 2021

    Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICES, seeking disclosure of certain documents ("First FOIA Lawsuit"). At the parties' request, the Court consolidated the First FOIA Lawsuit with a related case, *Sea Shepherd Legal v. NOAA, et al.*, 19-cv-1485-JLR. Dkt. No. 34. The Court ordered that all remaining filings be made in the First FOIA Lawsuit. *Id.*

    In their April 7, 2021 Joint Status Report, the parties explained that they were negotiating an agreement on the only remaining issue in this case, the allocation of attorneys' fees. Dkt. No. 49. They, therefore, requested 60 days through June 7, 2021 to complete their negotiations and submit a proposed order to the Court. On April 14, 2021, the Court granted the parties' request

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 1

SEA SHEPHERD LEGAL
2226 EASTLAKE AVE. EAST, NO. 108
SEATTLE, WASHINGTON 98102
(206) 504-1600

("April 14 Order"), ordering them to submit a proposed order regarding the allocation of attorneys' fees on or before June 7, 2021. Dkt. No. 50.

The parties' negotiations concerning attorneys' fees have taken longer than anticipated, but the parties are confident that they are close to reaching an agreement. Accordingly, while they will endeavor to complete the negotiations in a shorter period of time, the parties respectfully request that the Court allow them an additional 60 days, through August 6, 2021, to complete their negotiations and submit a proposed order regarding allocation of attorneys' fees to the Court.

Dated this 4th day of June 2021.

Respectfully submitted,

*s/     Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

*s/     Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

*Attorneys for Plaintiff*
BRIAN T. MORAN
United States Attorney

*s/     Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT AND [PROPOSED] ORDER
C19-463 JLR - 2

SEA SHEPHERD LEGAL
2226 EASTLAKE AVE. EAST, NO. 108
SEATTLE, WASHINGTON 98102
(206) 504-1600

# ~~[PROPOSED]~~ ORDER

The parties shall submit a proposed order regarding the allocation of attorneys' fees to the Court on or before August 6, 2021.

Dated this  8th  day of June 2021.

**JAMES L. ROBART**
United States District Judge